JUDGE GOTTLEMAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS   JUDGE GOTTLEMAN
EASTERN DIVISION                MAGISTRATE JUDGE NOLAN**

**05C 4920**

ESPERNOLA JACKSON, )
          Plaintiff, )
v. ) No.
)
SHERATON CHICAGO HOTEL AND )
TOWERS, GES EXPOSITION SERVICES, )
INC., VIAD CORPORATION, )
          Defendants. )

**FILED**

AUG 2 5 2005 *rq*

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## PETITION FOR REMOVAL TO UNITED STATES DISTRICT COURT

Defendants/Petitioners, Viad Corp. ("Viad"), and GES Exposition Services, Inc. ("GES"), by their

respective attorney, ADRIAN MENDOZA of KANE, CARBONARA & MENDOZA, LTD. and

Defendant/Petitioner, Sheraton Chicago Hotel and Towers ("Sheraton"), by its attorney, DANIEL ASA

WOLBERG of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP., and pursuant to 28

U.S.C. §1441(b), seek removal of this action from the Circuit Court of Cook County, State of Illinois, to

the United States District Court for the Northern District of Illinois, Eastern Division. In support thereof,

Defendants/Petitioners state as follows:

1.     Sheraton, Viad and GES are named as Defendants in an action styled *Espernola Jackson v.*

*Sheraton Hotel, Viad Corp. and GES Exposition Services Inc.*, Case Number 05 L 000646. This action

was filed in the Circuit Court of Cook County, Law Division, on January 19, 2005 (See Plaintiff's

Complaint, Exhibit "A").

2.     Sheraton was first served with the Summons and Complaint on or about January 27, 2005.

3.     Viad was first served with the Summons and Complaint on or about January 26, 2005.

4.     GES was first served with the Summons and Complaint on or about January 26, 2005.

5.     According to the Complaint, Plaintiff was injured on September 5, 2003 on Sheraton's

premises located at Water Street, Chicago, Illinois.

6.      Sheraton is an Illinois Corporation with its principal place of business in New York, New York.

7.      GES is a Nevada corporation with its principal place of business in Las Vegas, Nevada. GES is a subsidiary of Viad which is a Delaware corporation with its principal place of business in Arizona (See Affidavit of Jennifer L. Kaleta, Exhibit "B").

8.      On June 27, 2005, GES filed a Request to Admit Facts pursuant to Illinois Supreme Court Rule 216 (See Notice of Filing, Certificate of Service and Amended Request to Admit, Exhibit "C"). Plaintiff was asked to admit that the amount of damages sought is in excess of $75,000, and that Plaintiff is a citizen of the State of Texas, and not a citizen of the States of Illinois, Nevada or Delaware.      9.

Pursuant to Illinois Supreme Court Rule 216, Plaintiff was required to either deny or object to the Request to Admit Facts within twenty-eight (28) days of service, or the Request to Admit Facts would be deemed admitted. Ill.Sup.Ct.R. 216. Thus, Plaintiff's denial or objections were due on or about July 29, 2005.

10.     As of the date of the filing of this Petition for Removal, Plaintiff had failed to either deny or object to the Request to Admit Facts served by GES. As such, it is deemed admitted that the amount of damages sought from GES is in excess of $75,000, and that Plaintiff is a citizen of the State of Texas and not a citizen of the States of Illinois, Nevada or Delaware.

11.     Accordingly, diversity of citizenship exists between Plaintiff and the three Defendants. This is a civil action for which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332.

12.     Jennifer Kaleta, on behalf of GES, indicates in her Affidavit that she has good faith belief that the amount in controversy as to Plaintiff exceeds $75,000 (See Exhibit "B").

2

13.     This petition for removal is timely in that it is being filed within 30 days of Plaintiff's failure to timely respond to GES's request to admit, said requests now being deemed admitted. The admissions constitute a "paper from which it may first be ascertained that the case in one which is or has become removable within the meaning of 28 U.S.C. §1446(b). In addition, this petition for removal is being filed within one year from the date the complaint was filed thereby satisfying the requirements of 28 U.S.C. §1446(b). Therefore this petition for removal is proper pursuant to 28 U.S.C. §1446(b). Notice of this petition for removal has been filed with the Clerk of the Circuit Court of Cook County and notice has been given to Plaintiff pursuant to 28 U.S.C. §1446(d). (See copy of Notice of Petition for Removal, Exhibit "D").

Wherefore, Sheraton Chicago Hotel and Towers, Viad Corp., and GES Exposition Services, Inc. pray that this Honorable Court grant its Petition for Removal and enter and Order removing the matter of *Espernola Jackson v. Sheraton Hotel, Viad Corp., and GES Exposition Services, Inc. Case No. 05 L 0000* from the Circuit Court of Cook County, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted,                          Respectfully submitted,

VIAD CORP., and GES EXPOSITION          SHERATON CHICAGO HOTEL AND TOWERS
SERVICES, INC.

By: _____          By: _____
Adrian Mendoza Attorney No.: 6225634     Daniel Asa Wolberg - Attorney No.: 6276897
Kane, Carbonara & Mendoza, LTD           Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One North Franklin, Suite 2700           120 North LaSalle Street, 26th Floor
Chicago, Illinois  60606                 Chicago, Illinois 60602
(312) 726-2322                           (312) 704-0550

3

279061.1

# EXHIBIT A

FILED 11

2005 JAN 19 AM 11: 02

DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ESPERNOLA JACKSON,                    )
                                      )
              Plaintiff,              )
                                      )
    vs.                               )  No.
                                      )
SHERATON CHICAGO HOTEL AND            )
TOWERS; GES EXPOSITION SERVICES,)          05L 009646
INC.; VIAD CORPORATION,               )     CALENDAR X
                                      )     PREMISES LIABILITY
              Defendants.             )

## COMPLAINT

Now comes the Plaintiff, ESPERNOLA JACKSON, by and through her attorneys, LUNZ

& JERSEY, and complaining of the Defendants, SHERATON CHICAGO HOTEL AND

TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them,

alleges as follows:

1.     That on September 5, 2003, the Defendants, SHERATON CHICAGO HOTEL

AND TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of

them, were corporations doing business in the State of Illinois.

2.     That on said date, the Defendants, SHERATON CHICAGO HOTEL AND

TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them,

were in charge of and running a convention, which was taking place at the Sheraton Hotel at 301

North Water Street, Chicago, Cook County, Illinois.

1

3.  That on said date, the Plaintiff, ESPERNOLA JACKSON, was lawfully on said premises as a participant in said convention.

4.  That on said date, the Plaintiff, ESPERNOLA JACKSON, while standing on the loading dock of said premises, was struck by a clothing rack, which was being pushed by a certain servant and agent of the Defendants.

5.  That at the time and place aforesaid, it then and there became and was the duty of the Defendants, SHERATON CHICAGO HOTEL AND TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them, to exercise ordinary care in the management, operation and control of said premises, and their servants and agents, in supervising and putting on said convention, so as to prevent injuries to members of the public lawfully on said premises, including the Plaintiff.

6.  That at said time and place, the Defendants, SHERATON CHICAGO HOTEL AND TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them, by and through their servants and agents, were then and there guilty of one or more or all of the following acts or omissions:

    (a) Carelessly and negligently operated, managed, controlled and supervised the setting up and operation of said convention, so that a direct and proximate result thereof, the Plaintiff was injured;

    (b) Carelessly and negligently failed to supervise the work being done by their servants and agents on the aforesaid premises;

2

(c) Carelessly and negligently failed to operate and control said clothes rack so that as a direct and proximate result thereof, the Plaintiff was injured;

(d) Carelessly and negligently failed to keep a proper lookout while pushing said clothes rack, so as to avoid striking members of the public lawfully on said premises, including the Plaintiff.

7. That the aforementioned wrongful acts and omissions of the Defendants, SHERATON CHICAGO HOTEL AND TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them, were a proximate cause of the personal injuries as hereinafter mentioned.

8. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendants, SHERATON CHICAGO HOTEL AND TOWERS; GES ESPOSITION SERVICES, INC.; VIAD CORPORATION, and each of them, the Plaintiff, NIYA BENTON, was injured and caused to suffer divers temporary and permanent disabling injuries to her head, body, mind, limbs and nervous system, by reason of which Plaintiff has expended and incurred obligations for medical expenses and care and will in the future expend and incur such further obligations; Plaintiff has been and will be prevented from attending to her usual affairs and duties and has lost and will continue to lose great gains she would have otherwise made and acquired.

WHEREFORE, Plaintiff, ESPERNOLA JACKSON, demands judgment against the Defendants, SHERATON CHICAGO HOTEL AND TOWERS; GES ESPOSITION

3

SERVICES, INC.; VIAD CORPORATION, and each of them, in an amount in excess of Thirty

Thousand ($30,000.00) Dollars, plus the costs of this suit.


_____
Attorney for Plaintiff


LUNZ & JERSEY
Attorneys for Plaintiff
27 East Monroe Street, Suite 1020
Chicago, Illinois 60603
(312) 726-0248
Attorney No. 26216

4

## AFFIDAVIT

Now comes Plaintiff's attorney, ROBERT E. LUNZ, and, based upon information and belief, states that the damages sought and recoverable in this matter exceed $50,000.00.

Robert E. Lunz

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ESPERNOLA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| SHERATON CHICAGO HOTEL AND | ) |
| TOWERS; GES EXPOSITION SERVICES,) | |
| INC.; VIAD CORPORATION | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF JENNIFER KALETA

Jennifer L. Kaleta, being first duly sworn on oath, deposes and states that if she were called to testify, she would do so to the best of her knowledge and belief as follows:

1.    I have personal knowledge as to the current corporate status, state of incorporation and principal place of business of GES Exposition Services, Inc. and Viad Corp. GES Exposition Services, Inc. is incorporated in the state of Nevada with its principal place of business in Las Vegas, Nevada. GES Exposition Services, Inc. is a subsidiary of defendant Viad Corp. which is incorporated in the State of Delaware with its principal place of business in Phoenix, Arizona.

2.    I am an officer of GES Exposition Services, Inc. and hold the title of Assistant Secretary.

3.    Based upon the information obtained to date including Plaintiff's Complaint, I have a good faith belief that the amount in controversy between Plaintiff, Espernola Jackson and GES Exposition Services, Inc. exceeds $75,000.

FURTHERMORE AFFIANT SAYETH NAUGHT

_____
Jennifer L. Kaleta

SUBSCRIBED and SWORN
to before me this 31 day of June , 2005.
State of Notary    Illinois    .

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
KAITLYN M. FLEMING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-01-08
```

# EXHIBIT C

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

ESPERNOLA JACKSON,      )
     )
         Plaintiff,      )
     )
     v.      )      No. 05 L 000646
     )
SHERATON CHICAGO HOTEL AND      )
TOWERS; GES EXPOSITION SERVICES,)
INC.; VIAD CORPORATION,      )
     )
         Defendants.      )

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 27th day of June, 2005, we filed with the Clerk of

the Circuit Court of Cook County, Illinois, County Department, Law Division, Defendant **GES**

**EXPOSITION SERVICES, INC.'S AMENDED RULE 216 REQUEST TO ADMIT**

**FACTS DIRECTED TO PLAINTIFF,** a copy of which is attached hereto and served upon

you.

GES EXPOSITION SERVICES, INC.

By:_____
            One of Its Attorneys

Adrian Mendoza
KANE, CARBONARA & MENDOZA, LTD.
One North Franklin Street
Suite 2700
Chicago, Illinois 60606
(312) 726-2322
Firm No.: 40694

## CERTIFICATE OF SERVICE

Adrian Mendoza, an attorney, certifies that he caused a true and correct copy of Defendant **GES EXPOSITION SERVICES, INC.'S AMENDED RULE 216 REQUEST TO ADMIT FACTS DIRECTED TO PLAINTIFF** to be served upon:

Robert E. Lunz
Lunz & Jersey
27 East Monroe Street
Suite 1020
Chicago, Illinois 60603

Ian A. Stewart
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
26th Floor
Chicago Illinois 60602

by depositing same in the U.S. Mail located at One North Franklin Street, Chicago, Illinois, 60606, with correct postage prepaid before the hour of 5:00 p.m. on this 27th day of June, 2005.

_____
Adrian Mendoza

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ESPERNOLA JACKSON,        )
                                   )
           Plaintiff,           )
                                   )
    v.                             )      No. 05 L 000646
                                   )
SHERATON CHICAGO HOTEL AND    )
TOWERS; GES EXPOSITION SERVICES,)
INC.; VIAD CORPORATION,          )
                                   )
           Defendants.         )

## GES EXPOSITION SERVICES, INC.'S AMENDED RULE 216 REQUEST TO ADMIT FACTS DIRECTED TO PLAINTIFF

Comes the Defendant, GES Exposition Services, Inc., by its attorneys, KANE, CARBONARA & MENDOZA, Ltd., and pursuant to Illinois Supreme Court Rule 216, propounds the following request to admit facts on Plaintiff, Espernola Jackson, to be answered within twenty-eight (28) days of service.

1. Admit that the monetary damages sought by Plaintiff from GES for the injuries as alleged in Plaintiff's Complaint exceed Seventy-five Thousand Dollars ($75,000.00).

2. Admit that the Plaintiff is a citizen of the state of Texas.

3. Admit that the Plaintiff is not a citizen of the state of Nevada.

4. Admit that the Plaintiff is not a citizen of the state of Delaware.

5. Admit that the Plaintiff is not a citizen of the state of Illinois.

Respectfully submitted,

GES EXPOSITION SERVICES, INC.

By: _____
               One of Its Attorneys

Adrian Mendoza
KANE, CARBONARA & MENDOZA, LTD.
One North Franklin Street, Suite 2700
Chicago, IL 60606
(312) 726-2322
Firm No.: 40694

# EXHIBIT D

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ESPERNOLA JACKSON, )
)
Plaintiff, )
)
v. ) No. 05 L 000646
)
SHERATON CHICAGO HOTEL AND )
TOWERS, GES EXPOSITION SERVICES, )
INC., VIAD CORPORATION, )
)
Defendants. )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 25th day of August 2005, we filed with the Clerk of

the Circuit Court of Cook County, Illinois, County Department, Law Division, Defendants **GES**

**EXPOSITION SERVICES, INC., VIAD CORPORATION and SHERATON CHICAGO**

**HOTEL AND TOWERS NOTICE OF PETITION FOR REMOVAL,** a copy of which is

attached hereto and served upon you.

GES EXPOSITION SERVICES, INC. and
VIAD CORP.

By:_____
One of Their Attorneys

Adrian Mendoza
KANE, CARBONARA & MENDOZA, LTD.
One North Franklin Street
Suite 2700
Chicago, Illinois 60606
(312) 726-2322
Firm No.: 40694

## CERTIFICATE OF SERVICE

Adrian Mendoza, an attorney, certifies that he caused a true and correct copy of Defendant **GES EXPOSITION SERVICES, INC., VIAD CORPORATION and SHERATON CHICAGO HOTEL AND TOWERS NOTICE OF PETITION FOR REMOVAL** to be served upon:

Robert E. Lunz
Lunz & Jersey
77 West Washington Street
Suite 2111
Chicago, Illinois 60602

Daniel Asa Wolberg
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 North LaSalle Street
26th Floor
Chicago Illinois 60602

by depositing same in the U.S. Mail located at One North Franklin Street, Chicago, Illinois, 60606 with correct postage prepaid before the hour of 5:00 p.m. on this 25th day of August, 2005.

_____
Adrian Mendoza

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

ESPERNOLA JACKSON, )
)
       Plaintiff, )
)
    v. )    No. 05 L 000646
)
SHERATON CHICAGO HOTEL AND )
TOWERS; GES EXPOSITION SERVICES,)
INC.; VIAD CORPORATION, )
)
       Defendants. )

## NOTICE OF PETITION FOR REMOVAL

Come the Defendant, Sheraton Hotel by its attorney, Daniel Asa Wolberg of Wilson,

Elser, Moskowitz, Edelman & Dicker, LLP, and Defendants Viad Corp. and GES Exposition

Services, Inc., by their attorney, Adrian Mendoza of Kane, Carbonara & Mendoza and file this

Notice of Petition for Removal. Viad Corp. and GES Exposition Services, Inc. have filed a

Petition for Removal to the United States District Court for the Northern District of Illinois

pursuant to 28 U.S.C. §1441(b).

Respectfully submitted,             Respectfully submitted,

VIAD CORP., and GES EXPOSITION    SHERATON CHICAGO HOTEL AND TOWERS
SERVICES, INC.

By: _____       By: _____
Adrian Mendoza Attorney No.: 6225634  Daniel Asa Wolberg - Attorney No
Kane, Carbonara & Mendoza, LTD     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One North Franklin, Suite 2700       120 North LaSalle Street, 26th Floor
Chicago, Illinois 60606           Chicago, Illinois 60602
(312) 726-2322                (312) 704-0550